Opinion filed October 25, 1933.

Charles J. Trainor, for plaintiff in error. John A. Bloomingston, for defendants in error.

Mr. Justice Wilson delivered the opinion of the court.

**Frankie A. Price, appellant, v. George S. Price, appellee.** Gen. No. 36,354.

Opinion filed October 25, 1933.

J. Edward Jones, for appellant. Abraham Greenfield, for appellee; William E. Anderle, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

**Dorothe E. Owen, appellee, v. City of Chicago, appellant.** Gen. No. 36,372.

Opinion filed October 25, 1933.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Frank H. Novak and Jacob Schug, Assistant City Attorneys, and Carl J. Appell, Assistant Corporation Counsel, of counsel. John B. King and Philip Rosenthal, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

**Andrew Szymczak, defendant in error, v. Henry Wlostow, plaintiff in error.** Gen. No. 36,418.

Opinion filed October 25, 1933. Rehearing denied November 7, 1933.

Sumner C. Palmer, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

**Walter J. Vanderslice, appellee, v. Sarah E. Edwards and William C. Edwards, appellants.** Gen. No. 36,438.

Opinion filed October 25, 1933. Rehearing denied November 7, 1933.

Alec W. Glaskay and Elmer D. Brothers, for appellants. Maloney & Wooster, for appellee.

Mr. Justice Wilson delivered the opinion of the court.